

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00462-CV

Rustton **WEBSTER**,
Appellant

v.

Ashley **WEBSTER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0189-CV-A
Honorable Jessica Crawford, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford to pay court costs; no costs of court are taxed for this appeal.

It is so **ORDERED** on October 12, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.

_____
Michael A. Cruz, Clerk of Court